

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00115-CR

Lloyd **RECTOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CR-4029B
Honorable George H. Godwin, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 15, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] Sitting by assignment.